UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| INTERMOUNTAIN FAIR HOUSING COUNCIL, | ) ) ) | CASE NO. CV 10-00161-EJL |
| Plaintiff, | ) ) | ORDER FOR DISMISSAL |
| vs. | ) ) | |
| CMCFG, L.L.C., | ) ) | |
| Defendant. | ) ) ) | |

Before the Court is a stipulation of the parties dated May 26, 2010 agreeing to dismiss the above-entitled action with prejudice in its entirety based upon the complete settlement of the claims at issue herein, with each party bearing its own attorney's fees and costs incurred herein. The Court has reviewed the parties' stipulation and finds good cause exists to approve the stipulation.

**ORDER**

THEREFORE IT IS HEREBY ORDERED that the parties' Stipulation to Dismiss (Document No. 9) is **APPROVED**. The above-entitled proceeding is **DISMISSED WITH PREJUDICE** in its entirety, with each party bearing its own attorney's fees and costs incurred herein.

DATED:  **May 27, 2010**

Honorable Edward J. Lodge
U. S. District Judge

ORDER FOR DISMISSAL                    1